### IN THE UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF GEORGIA
### COLUMBUS DIVISION

| | | |
|---|---|---|
| PINNACLE AGRICULTURE DISTRIBUTION, INC., F/K/A JIMMY SANDERS INCORPORATED | ) ) ) ) | |
| PLAINTIFF, | ) ) ) | |
| V. | ) ) ) | CIVIL ACTION NO. 4:14-CV-00289-CDL |
| STANLEY CHAD BROOKS., BROOKS CROP PROTECTION, INC. AND BROOKS FARMS, INC., | ) ) ) ) | |
| DEFENDANTS. | ) | |

**ORDER GRANTING RELIEF IN THE NATURE OF SCIRE FACIAS AND DIRECTING DEFENDANT TO APPEAR AND SHOW CAUSE**

THIS MATTER came before the Court upon the motion of plaintiff, Simplot AB Retail Sub, Inc. f/k/a Pinnacle Agriculture Distribution, Inc. f/k/a Jimmy Sanders Incorporated, to revive judgment in the nature of scire facias ("Motion") [D.E. 26]. No response to the Motion was filed within the timeframe set forth in Local Rule 7.2. Upon consideration of the Motion, good cause appearing and the Court being otherwise fully advised in the premises, it is **ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Defendant, Stanley Chad Brooks, is hereby directed to show cause in writing by filing a response within 21 days of the service of this order upon Defendant Brooks as to why the consent judgment entered by this Court in favor of Pinnacle Agriculture Distribution, Inc. f/k/a Jimmy Sanders Incorporated and against defendant, Stanley Chad Brooks, on April 22, 2015 in the amount of $491,463.33 (the "Judgment"), together with interest that has accrued since the judgment date, should not be revived as provided by O.C.G.A. § 9-12-61 *et seq*. If Defendant Brooks wants an in-person hearing to contest the revival of the judgment, he should notify the

Court in writing of such request within 21 days of service of this order upon Defendant Brooks, and the Court will schedule a hearing at an appropriate time and date. Failure to show cause and/or request a hearing within 21 days of service of this order upon Defendant Brooks will result in granting the Plaintiff's request for revival of the judgment as well as any other appropriate related relief.

3. Plaintiff, Simplot AB Retail Sub, Inc. f/k/a Pinnacle Agriculture Distribution, Inc. f/k/a Jimmy Sanders Incorporated, is responsible for effectuating service of process of the following upon defendant, Stanley Chad Brooks: (1) a copy of its Motion to Revive Judgment; and (2) a copy of this Order. Said personal service shall timely be perfected in the county in which the above-named defendant resides such that said defendant is provided a minimum of twenty-days' notice of the deadline for showing cause. Plaintiff shall demonstrate such service through a return of service (to be filed on CM/ECF prior to the show cause deadline).

**IT IS SO ORDERED** this 14th day of September, 2022.

                                                    __S/Clay D. Land
                                                    Honorable Clay D. Land
                                                    United States District Judge